# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL GONZALEZ-SERVIN (1),<br>RAMIRO GONZALEZ-SERVIN (2),<br>AND FRANCISCO VELASQUEZ-<br>SALAZAR (3),<br><br>Defendants. | Case No. 19-CR-0547-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Daniel Gonzalez-Servin (1), Ramiro Gonzalez-Servin (2), and Francisco Velasquez-Salazar (3).

**IT IS SO ORDERED.**

Dated: March 25, 2019

Cynthia Bashant
United States District Judge